AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

FILED / LODGED / RECEIVED
DEC 04 2018
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                    DEPUTY

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )     Case No. MJ18-5278
)
**INFORMATION ASSOCIATED WITH** )
**FACEBOOK USER ID 186659552692611** )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A, attached hereto and incorporated herein by reference.

located in the __Northern__ District of __California__, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B, attached hereto and incorporated by reference herein.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 USC § 922(g)(1), 924(a)(2); and Title 26 USC § 5861 | Felon in Possession of Firearm; Possession of Unregistered Firearm |

The application is based on these facts:

See Affidavit of FBI Special Agent Richard McKinney, attached hereto and incorporated by reference herein.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Richard McKinney, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __12/04/2018__

*Judge's signature*

City and state: __Tacoma, Washington__   Hon. Theresa L. Fricke, United States Magistrate Judge
*Printed name and title*

# AFFIDAVIT

STATE OF WASHINGTON   )
                      )   ss
COUNTY OF PIERCE      )

I, Richard McKinney, being first duly sworn, hereby depose and state as follows:

## BACKGROUND

1. I have been employed as a Special Agent of the FBI since August 2016 and am currently assigned to the Seattle Division's Olympia Resident Agency. I have assisted in numerous investigations including but not limited to violent crime, drugs, financial crimes, and cases of child exploitation. As a federal agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

2. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

3. Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that violations of Title 18 USC § 922(g)(1), 924(a)(2); and Title 26 USC § 5861 have been committed by Daniel C. Phillips. There is also probable cause to search the Facebook account of Phillips, more fully described in Attachment A, for evidence and instrumentalities of these crimes as described in Attachment B.

## PURPOSE OF AFFIDAVIT

4. I make this affidavit in support of an application for a search warrant for information associated with the following Facebook account:

(1) Facebook user ID 186659552692611 (Subject Account), which for the reasons provided below, is believed to belong to Daniel C. Phillips.

AFFIDAVIT OF RICHARD McKINNEY – 1
USAO #2018R01152

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

5.      All of the requested information is stored at premises owned, maintained, controlled, or operated by Facebook, a social networking company headquartered in Menlo Park, California. The information to be searched is described in the following paragraphs and in Attachment A. This affidavit is made in support of an application for a search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A) to require Facebook to disclose to the government records and other information in its possession, pertaining to the subscriber or customer associated with Subject Account.

## PRIOR APPLICATIONS

6.      This is the first such application to search the Subject Account in this investigation.

## STATEMENT OF PROBABLE CAUSE

7.      In 2017, the FBI received information from a confidential informant (CI) who reported that Daniel Phillips was building silencers at his residence at 6410 Olympic Highway, Aberdeen, Washington. Washington State Department of Licensing records indicated that the residence of 6410 Olympic Highway was the address of record for Daniel Phillips. CI also told the FBI that Phillips is heavily armed and has firearms stored at his residence. CI has no criminal history and did not receive any benefit for the information, but was providing it out of concern for community safety.

8.      Phillips provided CI with the login information and password for his Facebook account, the Subject Account, to prove he trusted her. CI was not able to get in contact with Phillips for a couple of days in the middle of March 2017 and decided to login into the Subject Account using the login information from Phillips. Upon accessing the Subject Account, which is under the account name "DC Cooper," CI saw lengthy messages between Phillips and his small group of Facebook friends regarding the selling of heroin, methamphetamine, Xanax, and gun silencers.

9.      Phillips told the CI that he uses auto parts to build firearm silencers. Based observing communications found in the Subject Account, CI believes Phillips trades silencers for drugs to support his addiction. The CI further reported that Phillips

AFFIDAVIT OF RICHARD McKINNEY – 2
USAO #2018R01152

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

possesses multiple firearms and operates numerous security cameras on his property. Phillips had previously provided the CI with the combination to his gun safe.

10. In April 2017, Detective Schrader of Grays Harbor County Sheriff's Office reviewed the publicly available Facebook page of the Subject Account. Schrader observed that the page was created in March 2017 and identified the account holder as having five Facebook "friends." Schrader was familiar with four of the friends as people who had previously been arrested and/or investigated for drug trafficking in the Grays Harbor County area.

11. In August 2018, a property owner who lives in close proximity to Phillips's residence on Olympic Highway reported to local law enforcement to having heard repeated gunshots on multiple days coming from Phillips's residence, which is located in a wooded, residential neighborhood.

12. On September 20, 2018, based in part on the facts summarized above, law enforcement obtained a search warrant from Grays Harbor District Court for Phillips's residence at 6410 Olympic Highway, Aberdeen, Washington. The warrant was executed by state and federal law enforcement officers on September 21, 2018.

13. The search of Phillips's residence confirmed much of the CI's information, including his possession of multiple firearms and silencers, and the combination to Phillips's gun safe. In addition, the Facebook Messenger application was still active on Phillips's computer revealing a conversation between the Subject Account and "JW" discussing "xanies." Based on my training and experience, I know that "xanies" is a slang term for Xanax, a controlled substance.

14. Based upon the above stated facts, I believe a search of the Subject Account will reveal additional evidence and instrumentalities of illegal firearm transactions.

**BACKGROUND ON FACEBOOK**

15. As I know from training and experience, and from information provided by other law enforcement members, Facebook owns and operates a free-access social networking website of the same name that can be accessed at http://www.facebook.com.

AFFIDAVIT OF RICHARD McKINNEY – 3
USAO #2018R01152

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

Facebook allows its users to establish accounts with Facebook, and users can then use their accounts to share written news, photographs, videos, and other information with other Facebook users, and sometimes with the general public.

16. Facebook asks users to provide basic contact and personal identifying information to Facebook, either during the registration process or thereafter. This information may include the user's full name, birth date, gender, contact e-mail addresses, Facebook passwords, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers. Facebook also assigns a user identification number to each account.

17. Facebook users may join one or more groups or networks to connect and interact with other users who are members of the same group or network. Facebook assigns a group identification number to each group. A Facebook user can also connect directly with individual Facebook users by sending each user a "Friend Request." If the recipient of a "Friend Request" accepts the request, then the two users will become "Friends" for purposes of Facebook and can exchange communications or view information about each other. Each Facebook user's account includes a list of that user's "Friends" and a "News Feed," which highlights information about the user's "Friends," such as profile changes, upcoming events, and birthdays.

18. Facebook users can select different levels of privacy for the communications and information associated with their Facebook accounts. By adjusting these privacy settings, a Facebook user can make information available only to himself or herself, to particular Facebook users, or to anyone with access to the Internet, including people who are not Facebook users. A Facebook user can also create "lists" of Facebook friends to facilitate the application of these privacy settings. Facebook accounts also include other account settings that users can adjust to control, for example, the types of notifications they receive from Facebook.

19. Facebook users can create profiles that include photographs, lists of personal interests, and other information. Facebook users can also post "status" updates

AFFIDAVIT OF RICHARD McKINNEY – 4
USAO #2018R01152

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

about their whereabouts and actions, as well as links to videos, photographs, articles, and other items available elsewhere on the Internet. Facebook users can also post information about upcoming "events," such as social occasions, by listing the event's time, location, host, and guest list. In addition, Facebook users can "check in" to particular locations or add their geographic locations to their Facebook posts, thereby revealing their geographic locations at particular dates and times. A particular user's profile page also includes a "Wall," which is a space where the user and his or her "Friends" can post messages, attachments, and links that will typically be visible to anyone who can view the user's profile.

20. Facebook allows users to upload photos and videos, which may include any metadata such as location that the user transmitted when s/he uploaded the photo or video. It also provides users the ability to "tag" (i.e., label) other Facebook users in a photo or video. When a user is tagged in a photo or video, he or she receives a notification of the tag and a link to see the photo or video. For Facebook's purposes, the photos and videos associated with a user's account will include all photos and videos uploaded by that user that have not been deleted, as well as all photos and videos uploaded by any user that have that user tagged in them.

21. Facebook users can exchange private messages on Facebook with other users. Those messages are stored by Facebook unless deleted by the user. Facebook users can also post comments on the Facebook profiles of other users or on their own profiles; such comments are typically associated with a specific posting or item on the profile. In addition, Facebook has a chat feature that allows users to send and receive instant messages through Facebook Messenger. These chat communications are stored in the chat history for the account. Facebook also has Video and Voice Calling features, and although Facebook does not record the calls themselves, it does keep records of the date of each call.

22. If a Facebook user does not want to interact with another user on Facebook, the first user can "block" the second user from seeing his or her account.

AFFIDAVIT OF RICHARD McKINNEY – 5
USAO #2018R01152

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

23. Facebook has a "like" feature that allows users to give positive feedback or connect to particular pages. Facebook users can "like" Facebook posts or updates, as well as webpages or content on third-party (*i.e.*, non-Facebook) websites. Facebook users can also become "fans" of particular Facebook pages.

24. Facebook has a search function that enables its users to search Facebook for keywords, usernames, or pages, among other things.

25. Each Facebook account has an activity log, which is a list of the user's posts and other Facebook activities from the inception of the account to the present. The activity log includes stories and photos that the user has been tagged in, as well as connections made through the account, such as "liking" a Facebook page or adding someone as a friend. The activity log is visible to the user but cannot be viewed by people who visit the user's Facebook page.

26. Facebook also has a Marketplace feature, which allows users to post free classified ads. Users can post items for sale, housing, jobs, and other items on the Marketplace.

27. In addition to the applications described above, Facebook also provides its users with access to thousands of other applications ("apps") on the Facebook platform. When a Facebook user accesses or uses one of these applications, an update about that the user's access or use of that application may appear on the user's profile page.

28. Facebook also retains Internet Protocol ("IP") logs for a given user ID or IP address. These logs may contain information about the actions taken by the user ID or IP address on Facebook, including information about the type of action, the date and time of the action, and the user ID and IP address associated with the action. For example, if a user views a Facebook profile, that user's IP log would reflect the fact that the user viewed the profile, and would show when and from what IP address the user did so.

29. Social networking providers like Facebook typically retain additional information about their users' accounts, such as information about the length of service (including start date), the types of service utilized, and the means and source of any

AFFIDAVIT OF RICHARD McKINNEY – 6
USAO #2018R01152

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

payments associated with the service (including any credit card or bank account number). In some cases, Facebook users may communicate directly with Facebook about issues relating to their accounts, such as technical problems, billing inquiries, or complaints from other users. Social networking providers like Facebook typically retain records about such communications, including records of contacts between the user and the provider's support services, as well as records of any actions taken by the provider or user as a result of the communications.

30. As explained herein, information stored in connection with a Facebook account may provide crucial evidence of the "who, what, why, when, where, and how" of the criminal conduct under investigation, thus enabling the United States to establish and prove each element or alternatively, to exclude the innocent from further suspicion. In my training and experience, a Facebook user's IP log, stored electronic communications, and other data retained by Facebook, can indicate who has used or controlled the Facebook account. This "user attribution" evidence is analogous to the search for "indicia of occupancy" while executing a search warrant at a residence. For example, profile contact information, private messaging logs, status updates, and tagged photos (and the data associated with the foregoing, such as date and time) may be evidence of who used or controlled the Facebook account at a relevant time. Further, Facebook account activity can show how and when the account was accessed or used. For example, as described herein, Facebook logs the Internet Protocol (IP) addresses from which users access their accounts along with the time and date. By determining the physical location associated with the logged IP addresses, investigators can understand the chronological and geographic context of the account access and use relating to the crime under investigation. Such information allows investigators to understand the geographic and chronological context of Facebook access, use, and events relating to the crime under investigation. Additionally, Facebook builds geo-location into some of its services. Geo-location allows, for example, users to "tag" their location in posts and Facebook "friends" to locate each other. This geographic and timeline information may

AFFIDAVIT OF RICHARD McKINNEY – 7
USAO #2018R01152

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

AFFIDAVIT OF RICHARD McKINNEY – 7
USAO #2018R01152

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1 tend to either inculpate or exculpate the Facebook account owner. Last, Facebook
2 account activity may provide relevant insight into the Facebook account owner's state of
3 mind as it relates to the offense under investigation. For example, information on the
4 Facebook account may indicate the owner's motive and intent to commit a crime (e.g.,
5 information indicating a plan to commit a crime), or consciousness of guilt (e.g., deleting
6 account information in an effort to conceal evidence from law enforcement).

7     31. Therefore, the computers of Facebook are likely to contain all the material
8 described above, including stored electronic communications and information concerning
9 subscribers and their use of Facebook, such as account access information, transaction
10 information, and other account information.

11 **INFORMATION TO BE SEARCHED AND THINGS TO BE SEIZED**

12     32. I anticipate executing this warrant under the Electronic Communications
13 Privacy Act, in particular 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A), by
14 using the warrant to require Facebook to disclose to the government copies of the records
15 and other information (including the content of communications) particularly described in
16 Section I of Attachment B. Upon receipt of the information described in Section I of
17 Attachment B, government-authorized persons will review that information to locate the
18 items described in Section II of Attachment B.

19 **CONCLUSION**

20     33. Based on the forgoing, I believe there is probable cause to search the
21 Subject Account, where the government is likely to find evidence and instrumentalities of
22 crimes in violation of Title 18 USC § 922(g)(1), 924(a)(2); and Title 26 USC § 5861. I
23 therefore request that the Court issue the proposed search warrant.

24     34. This Court has jurisdiction to issue the requested warrant because it is "a
25 court of competent jurisdiction" as defined by 18 U.S.C. § 2711. 18 U.S.C. §§ 2703(a),
26 (b)(1)(A) & (c)(1)(A). Specifically, the Court is "a district court of the United States . . .
27 that – has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i).
28

AFFIDAVIT OF RICHARD McKINNEY – 8
USAO #2018R01152

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

35.     Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant.

DATED this 4 day of December, 2018.

*[signature]*

RICHARD MCKINNEY, AFFIANT
Special Agent
Federal Bureau of Investigation

The above-named agent provided a sworn statement attesting to the truth of the contents of the foregoing affidavit on this 4th day of December, 2018.

*[signature]*

HON. THERESA L. FRICKE
United States Magistrate Judge

AFFIDAVIT OF RICHARD McKINNEY – 9
USAO #2018R01152

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

# ATTACHMENT A

## Property to Be Searched

This warrant applies to information associated with the following account identified by Facebook user ID 186659552692611 (Subject Account), for all such information that is stored at premises owned, maintained, controlled, or operated by Facebook, a company headquartered in Menlo Park, California.

ATTACHMENT A
PROPERTY TO BE SEARCHED – 1
USAO #2018R01152

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

## ATTACHMENT B

### Particular Things to be Seized

I.    To the extent that the information described in Attachment A is within the possession, custody, or control of Facebook Inc. ("Facebook"), regardless of whether such information is located within or outside of the United States, including any messages, records, files, logs, or information that have been deleted but are still available to Facebook, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Facebook is required to disclose the following information to the government for each user ID listed in Attachment A:

(a) All contact and personal identifying information, for the user of the Subject Account, including full name, user identification number, birth date, gender, contact e-mail addresses, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers.

(b) All activity logs for the account and all other documents showing the user's posts and other Facebook activities from March 1, 2017, to the present.

(c) All photos and videos uploaded by that user ID and all photos and videos uploaded by any user that have that user tagged in them from March 1, 2017, to the present, including Exchangeable Image File ("EXIF") data and any other metadata associated with those photos and videos;

(d) All profile information; News Feed information; status updates; videos, photographs, articles, and other items; Notes; Wall postings; friend lists, including the friends' Facebook user identification numbers; groups and networks of which the user is a member, including the groups' Facebook group identification numbers; future and past event postings; rejected "Friend" requests; comments; gifts; pokes; tags; and information about the user's access and use of Facebook applications;

ATTACHMENT A
PROPERTY TO BE SEARCHED
USAO #2018R01152

– 1 –

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

(e) All records or other information regarding the devices and internet browsers associated with, or used in connection with, that user ID, including the hardware model, operating system version, unique device identifiers, mobile network information, and user agent string;

(f) All other records and contents of communications and messages made or received by the user from March 1, 2017, to the present, including all Messenger activity, private messages, chat history, video and voice calling history, and pending "Friend" requests;

(g) All "check ins" and other location information;

(h) All IP logs, including all records of the IP addresses that logged into the account;

(i) All records of the account's usage of the "Like" feature, including all Facebook posts and all non-Facebook webpages and content that the user has "liked";

(j) All information about the Facebook pages that the account is or was a "fan" of;

(k) All past and present lists of friends created by the account;

(l) All records of Facebook searches performed by the account from March 1, 2017, to the present.

(m) All information about the user's access and use of Facebook Marketplace;

(n) The types of service utilized by the user;

(o) The length of service (including start date) and the means and source of any payments associated with the service (including any credit card or bank account number);

(p) All privacy settings and other account settings, including privacy settings for individual Facebook posts and activities, and all records showing which Facebook users have been blocked by the account;

ATTACHMENT A
PROPERTY TO BE SEARCHED — 2
USAO #2018R01152

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

(q) All records pertaining to communications between Facebook and any person regarding the user or the user's Facebook account, including contacts with support services and records of actions taken.

Facebook is hereby ordered to disclose the above information to the government within 14 days of service of this warrant.

## II. Information to be seized by the government

All information described above in Section I that constitutes evidence and instrumentalities of violations of Title 18 USC § 922(g)(1), 924(a)(2); and Title 26 USC § 5861 involving Daniel Phillips since March 1, 2017 to the present, including, for each user ID identified on Attachment A, information pertaining to the following matters:

(a) Evidence revealing details pertaining to transactions associated with the sale of illegal drugs and firearms.

(b) Evidence indicating how and when the Facebook account was accessed or used, to determine the chronological and geographic context of account access, use, and events relating to the crime under investigation and to the Facebook account owner;

(c) Evidence indicating the Facebook account owner's state of mind as it relates to the crime under investigation;

(d) The identity of the person(s) who created or used the user ID, including records that help reveal the whereabouts of such person(s).

ATTACHMENT A
PROPERTY TO BE SEARCHED
USAO #2018R01152

– 3 –

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

# CERTIFICATE OF AUTHENTICITY OF DOMESTIC BUSINESS RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

I, _____, attest, under penalties of perjury under the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this declaration is true and correct. I am employed by Facebook, and my official title is _____. I am a custodian of records for Facebook. I state that each of the records attached hereto is the original record or a true duplicate of the original record in the custody of Facebook, and that I am the custodian of the attached records consisting of _____ (pages/CDs/kilobytes). I further state that:

a. all records attached to this certificate were made at or near the time of the occurrence of the matter set forth, by, or from information transmitted by, a person with knowledge of those matters;

b. such records were kept in the ordinary course of a regularly conducted business activity of Facebook; and

c. such records were made by Facebook as a regular practice.

I further state that this certification is intended to satisfy Rule 902(11) of the Federal Rules of Evidence.

_____    _____
Date                           Signature

ATTACHMENT B
PROPERTY TO BE SEIZED                – 1 –
USAO #2018R01152

UNITED STATES ATTORNEY
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
(253) 428-3800